IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERMAINE SANDERS** | : | **CIVIL ACTION NO. 1:16-cv-905** |
| | : | |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **YORK COUNTY JUDICIAL CENTER** | : | |
| et al. | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

Before the Court in the above-captioned action is the May 18, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, on this 10th day of June 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 5) of Magistrate Judge Carlson.

2) Plaintiff is granted leave to proceed *in forma pauperis*.

3) Plaintiff's complaint is **DISMISSED** with prejudice.

4) The Clerk of Court shall **CLOSE** this case. The Clerk of Court is also directed to send a copy of this Order to the residence Plaintiff provided in his complaint, 14 Lee Street, York, Pennsylvania 17403, in addition to York County Prison address on file. (Doc. No. 1 at 1.)

S/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania